UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY WHITE #3575-18, | § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL CASE NO. 3:25-CV-1907-B-BK |
| ELLIS COUNTY JUDGES AND PROSECUTORS, | § § § | |
| Defendants. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 25th day of September, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE